1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA**
10              **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| DAVID BELL, | Case No. 13-cv-02716 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| AMN HEALTHCARE SERVICES, INC., et al., | |
| Defendants. | |

18       In accordance with Civil Local Rule 3-12(c), **I**T IS HEREBY ORDERED that the

19  above captioned case is referred to Judge Joseph Spero to determine whether it is related to

20  *O'Sullivan v. AMN Services, Inc., et al.*, No. 12-cv-02125 JCS.

21       IT IS SO ORDERED.

22       Date: June 17, 2013                    _____

23                                              Nathanael M. Cousins
                                                United States Magistrate Judge
24
25
26
27
28