1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID BELL,<br><br>            Plaintiff,<br><br>    v.<br><br>AMN HEALTHCARE SERVICES, INC., et al.,<br><br>            Defendants. | Case No. 13-cv-02716 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

    In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Joseph Spero to determine whether it is related to *O'Sullivan v. AMN Services, Inc., et al.*, No. 12-cv-02125 JCS.

    IT IS SO ORDERED.

    Date: June 17, 2013

                                         _____
                                        Nathanael M. Cousins
                                        United States Magistrate Judge